**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Makale Deng Kual Arob,<br><br>        Petitioner,<br><br>v.<br><br>Katrina Kane,<br><br>        Respondent. | CV 09-1132-PHX-PGR (MEA)<br><br>**ORDER** |

The Court has reviewed *de novo* the Report and Recommendation of Magistrate Judge Aspey and no party has filed any objection to the Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 11)** is **ACCEPTED** and **ADOPTED** by the Court.[1]

IT IS FURTHER ORDERED that petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is **DENIED** as **MOOT** and **DISMISSED** with prejudice.

///

///

///

---

[1] The petition is moot because no effective relief exists which the Court may grant. Petitioner challenged only the fact of his immigration detention. He did not challenge the terms of his release from detention. He has been released from detention under an order of supervision.

///

IT IS FURTHER ORDERED that Respondent's Motion to Dismiss based on the same grounds (Doc. 10) is **DENIED as MOOT**.

DATED this 5th day of January, 2010.

Paul G. Rosenblatt
United States District Judge

2